# FORM A



Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Hamilton Ralph Hodges Jr.
_____

(Full name of the Plaintiff(s) in this action)

v.

Ricky Parnell
Daniel Thomas
Advance Correctional
Health Care
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:15CV-190-GNS
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Hamilton Ralph Hodges Jr.

Place of Confinement: Graves County Jail

Address: 150 North Jenkins St., Mayfield, Ky 42066

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

(B) **Defendant(s)**. Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Ricky Parnell__ is employed as __Jailer__ at __Fulton County Jail__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __Daniel Thomas__ is employed as __Captain__ at __Fulton County Jail__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant __Advance Correctional Healthcare__ is employed as __Health Care__ at __Fulton County Jail__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ___N/A___

Defendant(s): ___N/A___

Court (if federal court, name the district. If state court, name the county):
___N/A___

Docket number: ___N/A___

Name of judge to whom the case was assigned: ___N/A___

Type of case (for example, habeas corpus or civil rights action): ___N/A___

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): ___N/A___

Approximate date of filing lawsuit: ___N/A___

Approximate date of disposition: ___N/A___

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1. Ricky Purnell allowed me access to the keys of his vehical knowingly having an loaded hand gun in the vehical and other vehicals that he own. Appr. 6-5-15 – 6-12-15 I washed + droved his cars with (some) loaded hand guns. I'm an convicted felon and should not be around a fire arm and I'm not an valid driver licences holder so I should be not driving cars regardless if I'm jobe tittle as car washer (my job). Negligence of the law and unhealthy + unsafe enviorment for me + others.

2. Daniel Thomas appr. 6-9-15 had me washing + fixing personal cars (his personal truck) knowingly it is clear voilation of the D.O.C. rules + reglations for me to do so. Negligence + slavery.

3. Advance Correctional Health Care was informed by me that I am mentally ill and in need of phye. meds. I was feeling paranoid, Agitated and couldn't sleep, couse of me being Bipolar and the stress of the job + was issuesed with circumstances (fire arms + loaded hand guns, that I was in need of meds. I was

### III. STATEMENT OF CLAIM(S) continued

told that I did not need my meds. I explained that every white inmate in my dorm who was mentally ill according SSI was recieving psyc. meds so I felt like I was being treated unfair. The responce I was giving was "you're being rude" This was approx 7·3·15 I was transferred the next day. We are all the fair of equal health care.

Ricky purnell violated Universal Declaration of Human Rights, Article 20, 2 and 3 of 7

Daniel Thomas violated Article 4.

Advance Correctional Healthcare violated articles 1, 2 and 7

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ __500,000__

_____ grant injunctive relief by_____

__✓__ award punitive damages in the amount of $ __500,000__

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 14 day of August, 2015

_____
(Signature of Plaintiff) Hamilton R. Hodges Jr.

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __8-19-15__.

_____
(Signature) Hamilton Hodges Jr.